IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-00007

ASSOCIATION CASUALTY INSURANCE COMPANY; BENCHMARK INSURANCE COMPANY; GEORGIA CASUALTY & SURETY COMPANY; NATIONAL SECURITY FIRE & CASUALTY COMPANY

Plaintiffs - Respondents

v.

ALLSTATE INSURANCE COMPANY; MISSISSIPPI FARM BUREAU MUTUAL INSURANCE COMPANY; NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, doing business as Nationwide Insurance Companies; STATE FARM FIRE & CASUALTY COMPANY; ST PAUL TRAVELERS COMPANIES; LORRIE K BROUSE; ROBERT P ARNOLD; DELMA P LOCKE, JR; TERRY BLALOCK; CHARLES RICE; BRAD LITTLE

Defendants - Petitioners

Petition for Leave to Appeal from an Interlocutory Order

Before SMITH, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:

IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court for the Southern District of Mississippi, Jackson, entered on January 17, 2008, is DENIED.

MOT-20